UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LOUIS JUERS,                                           :
                                                       :
                                                       :
                    Plaintiff,                         :
                                                       :        08 Civ. 7634 (PAC) (KNF)
         - against -                                   :
                                                       :        ORDER
NEW YORK STATE VETERANS HOME AT                        :
ST. ALBANS,                                            :
                    Defendant.                         :
-------------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: April 11, 2011 |

HONORABLE PAUL A. CROTTY, United States District Judge:

On August 29, 2008, pro se Plaintiff Louis Juers ("Juers") commenced this employment

discrimination action under Title VII of the Civil Rights Act of 1964 ("Title VII") against his

former employer, the New York State Veterans Home at St. Albans ("Veterans Home"). Juers

alleges discrimination based on race by failure to promote, harassment, and retaliation. The

Court referred general pretrial matters and dispositive motions in the case to Magistrate Judge

Kevin Nathaniel Fox on October 24, 2008. (Dkt. 6.) Juers has repeatedly asserted that, having

been denied Court appointment of counsel, he no longer wishes to prosecute the case.

Accordingly, on October 29, 2009, Magistrate Judge Fox issued a Report and Recommendation

("R&R"), recommending that the Court dismiss the case under Fed. R. Civ. P. 41(b) for failure

to prosecute. The R&R provided ten days for written objections, pursuant to 28 U.S.C. §

636(b)(1) and Fed. R. Civ. P. 72(b).[1] No objections have been filed.

In reviewing a Report and Recommendation, a Court "may accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. §

636(b)(1)(C). Where no timely objections have been made, a district court need only review for

---

[1] The provisions have since been amended to allow fourteen days to file objections.

"clear error" to accept a report and recommendation. <u>Nelson v. Smith</u>, 618 F. Supp. 1186, 1189

(S.D.N.Y. 1985). Finding no clear error, the Court adopts the R&R in full and dismisses Juers's

claims against Veterans Home. The Clerk of Court is directed to terminate this case. Pursuant to

28 U.S.C § 1915(a), any appeal from this order would not be taken in good faith.


Dated: New York, New York
       April 11, 2011

SO ORDERED

PAUL A. CROTTY
United States District Judge

Copies Mailed To:

Louis Juers
81-98 Langdale Street
New Hyde Pk., NY 11040

Garvin V. Smith
State of New York Office of the Attorney General
120 Broadway
New York, NY 10271